# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** **(For a Petty Offense)** |
| v. | CASE NUMBER: 06-po-07127 |
| LAKEISHA CRAWFORD | pro se |

**THE DEFENDANT:**

Pleaded guilty to counts One and Two of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1401 | Reckless driving | 6/18/06 | 1 |
| CRS 18-8-103 | Resisting arrest | 6/18/06 | 2 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, and incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The remaining violations are dismissed with prejudice.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

9/6/2006
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer
U.S. Magistrate Judge
Name & Title of Judicial Officer

9/12/2006
Date

Page Two
Lakeisha Crawford

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | | |
| **TOTALS** | $25.00 | $0.00 | $0.00 |

Defendant shall complete Level I Drug/Alcohol Awareness within the next three months.

Defendant shall complete twenty-four hours useful public service within the next three months.